IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CALEB PARROTT and
SHELBYE PARROTT                                                                                          PLAINTIFFS

v.                                      Case No. 1:23-cv-01030

WEST FRASER, INC.                                                                                          DEFENDANT/
                                                                                                    THIRD-PARTY PLAINTIFF

v.

TINSLEY CONSULTING GROUP, LLC;
SOUTHEASTERN INSTALLATION, INC.;
JODY COOK WELDING, LLC; and
S & S WELDING & MECHANICAL, INC.                                            THIRD-PARTY DEFENDANTS

## ORDER

Before the Court is a Joint Motion to Stay Discovery filed by Third-Party Defendants. ECF No. 77. Third-Party Plaintiff West Fraser, Inc. has responded to the motion. ECF No. 81. Third-Party Defendants have filed a reply. ECF No. 124. The motion is ripe for consideration by the Court.

Third-Party Defendants request an order staying discovery in this matter until the Court rules on the pending Motions to Dismiss. (ECF Nos. 46, 72, 87). The Court has now ruled on the Motions to Dismiss. ECF No. 126. Therefore, a stay of discovery in this matter is no longer warranted. Accordingly, the Court finds that the Joint Motion to Stay Discovery should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 31st day of March, 2025.

                                                                    /s/ Susan O. Hickey
                                                                    Susan O. Hickey
                                                                    Chief United States District Judge